1  PATRICK W. JORDAN, BAR NO. 52115
   CHRISTOPHER J. OHLSEN, BAR NO. 236475
2  JORDAN LAW GROUP
   1010 "B" STREET, SUITE 320
3  SAN RAFAEL, CALIFORNIA 94901
   TELEPHONE: (415) 459-9865
4  FAX: (415) 459-9871
   E-MAIL: PWJ@PJORDANLAW.COM
5  CJO@PJORDANLAW.COM

6  ANTONIO RUIZ, BAR NO. 155659
   CAROLINE N. COHEN, BAR NO. 278154
7  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
8  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501
9  Telephone (510) 337-1001
   Fax (510) 337-1023
10 E-Mail: aruiz@unioncounsel.net
   ccohen@unioncounsel.net
11
   Attorneys for Plaintiff
12 PREMIER FLOOR CARE

13 Attorneys for Defendant
   SERVICE EMPLOYEES INTERNATIONAL UNION,
14 UNITED SERVICE WORKERS WEST

15                UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA
17                       OAKLAND DIVISION
18

| | |
|---|---|
| PREMIER FLOOR CARE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED SERVICE WORKERS WEST, and DOES 1 THROUGH 10,<br><br>　　　　　　Defendant. | No. 4:18-cv-01851-HSG<br><br>**CASE SCHEDULING STIPULATION AND PROPOSED ORDER**<br><br>Current Assigned Judge:<br>Hon. Haywood Sterling Gilliam, Jr. |

1

**CASE SCHEDULING STIPULATION AND ~~PROPOSED~~ ORDER**

Case No. 4:18-cv-01851-HSG

The parties to the above-entitled action jointly submit this CASE SCHEDULING STIPULATION and PROPSOSED ORDER

**CASE SCHEDULING STIPULATION**

Parties' Proposed Dates:

    Initial Disclosure (Rule 26(f)):    July 27, 2018

    Non-Expert Discovery Cut-Off:    February 28, 2019

    Dispositive Motions Filing DL:    April 15, 2019

    Dispositive Hearing Deadline:    May 30, 2019

    Expert Disclosure:    July 1, 2019

    Pretrial Conference:    September 17, 2019

    Trial:    October 1, 2019

Dated: July 20, 2018    WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:   /S/ CAROLINE N. COHEN
    ANTONIO RUIZ
    CAROLINE N. COHEN

Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL
UNION, UNITED SERVICE WORKERS WEST

Dated: July 20, 2018    JORDAN LAW GROUP

By:   /S/ CHRISTOPHER J. OHLSEN
    PATRICK W. JORDAN
    CHRISTOPHER J. OHLSEN

Attorneys for Plaintiff
PREMIER FLOOR CARE

**~~PROPOSED~~ ORDER:**

It is so order except the trial will begin on Monday, September 30, 2019 at 8:30 a.m.

Dated: 8/15/2018    By:    *Haywood S. Gilliam Jr.*
The HONORABLE HAYWOOD STERLING GILLIAM JR.