| | |
|---|---|
| 1 | PATRICK W. JORDAN, BAR NO. 52115 |
| | CHRISTOPHER J. OHLSEN, BAR NO. 236475 |
| 2 | JORDAN LAW GROUP |
| | 1010 "B" STREET, SUITE 320 |
| 3 | SAN RAFAEL, CALIFORNIA 94901 |
| | TELEPHONE: (415) 459-9865 |
| 4 | FAX: (415) 459-9871 |
| | E-MAIL: PWJ@PJORDANLAW.COM |
| 5 | CJO@PJORDANLAW.COM |
| 6 | ANTONIO RUIZ, BAR NO. 155659 |
| | CAROLINE N. COHEN, BAR NO. 278154 |
| 7 | WEINBERG, ROGER & ROSENFELD |
| | A Professional Corporation |
| 8 | 1001 Marina Village Parkway, Suite 200 |
| | Alameda, California 94501 |
| 9 | Telephone (510) 337-1001 |
| | Fax (510) 337-1023 |
| 10 | E-Mail: aruiz@unioncounsel.net |
| | ccohen@unioncounsel.net |

Attorneys for Plaintiff
PREMIER FLOOR CARE

Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL UNION,
UNITED SERVICE WORKERS WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PREMIER FLOOR CARE,<br><br>                Plaintiff,<br><br>   v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED SERVICE WORKERS WEST, and DOES 1 THROUGH 10,<br><br>                Defendant. | No. 4:18-cv-01851-HSG<br><br>**CASE SCHEDULING STIPULATION REGARDING AN EXTENSION OF TIME FOR EARLY NEUTRAL CASE EVALUTATION AND PROPOSED ORDER**<br><br>Current Assigned Judge:<br>Hon. Haywood Stirling Gilliam Jr |

1

**CASE SCHEDULING STIPULATION AND ~~PROPOSED~~ ORDER**

Case No. 4:18-cv-01851-HSG

The parties to the above-entitled action and Early Neutral Evaluator John Hyland jointly submit this CASE SCHEDULING STIPULATION REGARDING AN EXTENSION OF TIME FOR EARLY NEUTRAL CASE EVALUATION and PROPOSED ORDER.

1. The Parties submit this request to extend the deadline for an Early Neutral Evaluation by (51) days from October 25, 2018 to December, 15 2018.

2. On August 30, 2018 the parties participated in a telephone conference with Early Neutral Evaluator John Hyland ("Hyland".)

3. Hyland tentatively suggested a date for the evaluation on October 17, 2018.

4. Hyland emphasized that the parties should complete adequate discovery such as completing depositions of key witnesses to make the early neutral evaluation effective and not hindered by speculation about the testimony of key witnesses.

5. Hyland suggested the parties should review their discovery plans to determine whether it made more sense to have the evaluation early or to seek an extension of time to allow more discovery to be completed.

6. Plaintiff's case relies significantly on the testimony of non-party witnesses.

7. Plaintiff's investigators have located the addresses of six non-party witnesses that will need to be served with deposition subpoenas.

8. Last week Plaintiff supplemented its initial disclosures with the identification and address information of these witnesses as well as two others.

9. Plaintiff's counsel is preparing the deposition subpoenas for the six witnesses and will get them served as quickly as possible with the intention of completing as much of this necessary investigation as possible before the early neutral evaluation.

10. By email the parties and evaluator agreed, to extend the deadline to December 15, 2018 to complete as much discovery beforehand so that the neutral evaluation would be effective.

11. If the extension is granted, the parties and evaluator have agreed to hold the early neutral evaluation on December 13, 2018.

The Parties and neutral evaluator request that the deadline to complete the early neutral evaluation in this matter be extended from October 25, 2018 to December 15, 2018.

Dated: October 1, 2018          WEINBERG, ROGER & ROSENFELD
                                A Professional Corporation


                         By:    /S/ CAROLINE N. COHEN
                                ANTONIO RUIZ
                                CAROLINE N. COHEN

                                Attorneys for Defendant
                                SERVICE EMPLOYEES INTERNATIONAL
                                UNION, UNITED SERVICE WORKERS WEST


Dated: October 1, 2018          JORDAN LAW GROUP


                         By:    /S/ CHRISTOPHER J. OHLSEN
                                PATRICK W. JORDAN
                                CHRISTOPHER J. OHLSEN

                                Attorneys for Plaintiff
                                PREMIER FLOOR CARE


Dated: October 1, 2018          RUKIN HYLAND

                         By:    /S/ JOHN HYLAND
                                JOHN HYLAND

                                Early Neutral Evaluator

**PROPOSED ORDER:**

It is so ordered.

Dated: 10/1/2018          By:   _____
                                The HONORABLE HAYWOOD STERLING
                                GILLIAM JR.

---

3

CASE SCHEDULING STIPULATION AND ~~PROPOSED~~ ORDER
Case No. 4:18-cv-01851-HSG