# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER FLOOR CARE INC., | Case No. 18-cv-01851-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | Re: Dkt. No. 54 |
| SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED SERVICE WORKERS WEST, | |
| Defendant. | |

The parties submitted a proposed schedule on February 25, 2019. *See* Dkt. No. 54. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Non-Expert Discovery Cut-Off | March 12, 2019 |
| Dispositive Motions Filing Deadline | April 29, 2019 |
| Dispositive Motions Hearing | June 13, 2019 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Number 54.

**IT IS SO ORDERED.**

Dated: 2/26/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge