ANTONIO RUIZ, Bar No. 155659
CAROLINE N. COHEN, Bar No. 278154
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net
aruiz@unioncounsel.net
ccohen@unioncounsel.net

Attorneys for Defendant

PATRICK W. JORDAN, Bar No. 52115
JORDAN LAW GROUP
1010 "B" Street, Suite 320
San Rafael, California 94901
Telephone: (415) 459-9865
Fax: (415) 459-9871
E-Mail: PWJ@PJORDANLAW.COM

-AND-

WILLIAM GREEN, Bar No. 129816
KAILYN J. SHARP, Bar No. 311140
DELFINO GREEN & GREEN
1010 B Street, Suite 320 San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802
E-Mail: bill@dgglaw.com
kailyn@dgglaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PREMIER FLOOR CARE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED SERVICE WORKERS WEST, and DOES 1 THROUGH 10,<br><br>　　　　　　Defendant. | No. 18-cv-01851-HSG<br><br>**STIPULATION AND ORDER REGARDING REQUEST FOR EXTENSION OF TIME TO COMPLETE REPLY BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Hearing Date: June 13, 2019<br>Hearing Time: 2:00 p.m.<br>Hearing Location: Courtroom 2 at 1301 Clay St., Oakland, CA 94612 |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION AND ORDER REGARDING REQUEST FOR EXTENSION OF TIME TO COMPLETE REPLY BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 18-cv-01851-HSG

**PLEASE TAKE NOTICE** that Plaintiff and Defendant, by and through their counsel, and subject to this Court's approval, have jointly stipulated to extend the Defendant's deadline to file its Reply brief in support of the Motion for Summary Judgment from Tuesday, May 28 to Thursday, May 30 to accommodate counsel's scheduling constraints. This stipulation follows Plaintiff's May 13, 2019 request for an extension of time to file its Response brief opposing Defendant's motion for summary judgment due to its calendaring error. In an effort to try to address scheduling issues posed by the May 14th modification of Defendant's Reply briefing deadline without resort to the Court, the parties have met and conferred to determine whether Plaintiff may be able to submit its brief on May 17 or May 19, in advance of its May 20, 2019 deadline. As the conclusion of these efforts, Plaintiff offered to stipulate to extend the Defendant's Reply deadline to accommodate Defendant's counsel's scheduling constraints as an alternative means to resolving the parties' scheduling issues.

Dated: May 16, 2019          JORDAN LAW GROUP

                             /S/ PATRICK W. JORDAN
                       By:   PATRICK W. JORDAN

                             Attorneys for Plaintiff PREMIER FLOOR CARE INC.

Dated: May 16, 2019          DELFINO GREEN & GREEN

                             /S/ WILLIAM GREEN
                       By:   WILLIAM GREEN
                             KAILYN SHARP

                             Attorneys for Plaintiff PREMIER FLOOR CARE INC.

Dated: May 16, 2019          WEINBERG, ROGER & ROSENFELD
                             A Professional Corporation

                             /S/ CAROLINE N. COHEN
                       By:   ANTONIO RUIZ
                             CAROLINE N. COHEN

                             Attorneys for Defendant SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED SERVICE WORKERS WEST

145100\1026449

STIPULATION AND ORDER REGARDING REQUEST FOR EXTENSION OF TIME TO COMPLETE REPLY BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 18-CV-01851-HSG

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

# **ORDER**

After fully considering the Joint Stipulation of the Parties to the extension of the Defendant's Reply brief filing cut-off; and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Defendant's Reply brief deadline, currently scheduled as May 28, 2019 is hereby set for May 30, 2019.

**IT IS SO ORDERED.**

DATED: May 17, 2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
JUDGE OF THE DISTRICT COURT

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001